UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
FENG LIN,
*on his own behalf and on behalf of others similarly situated*

                                    Plaintiff,

                          v.

QUALITY WOODS, INC.
      d/b/a Quality Woods;
D C CABINET FACTORY INC.
      d/b/a Quality Woods;
METROPOLITAN CABINET FACTORY, INC
      d/b/a Quality Woods and ;
AOTIN TRADING INC.
      d/b/a Quality Woods; and
CHAMPION CABINET INC. d/b/a Quality Woods;
WEI GAO,
WEI ZHANG CHEN a/k/a Dean Chen,
DING CHEN, and
JAMES WANG

                                  Defendants.
---------------------------------------------------------X

Case No. 17-cv-03043

**CERTIFICATE OF DEFAULT**

     I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Complaint was filed on May 19, 2017, that Individual Defendants WEI GAO, WEI ZHANG CHEN a/k/a Dean Chen, DING CHEN, and JAMES WANG were properly served the Summons to the Complaint with Complaint on August 15, 2017 and the proof of service were submitted to the Court on August 16, 2017 with an amended proof of service filed on May 31, 2018 (*See* Docket No. 21, 22, 23, 24 and 30, 31, 32, 33), that Corporate Defendants QUALITY WOODS, INC. d/b/a Quality Woods, D C CABINET FACTORY INC. d/b/a Quality Woods, METROPOLITAN CABINET FACTORY, INC d/b/a Quality Woods, AOTIN TRADING INC. d/b/a Quality Woods, CHAMPION CABINET INC. d/b/a Quality Woods were properly served the Summons to the Complaint with Complaint pursuant to Rule 4(h)(1)(B) of the Federal Rules

1

of Civil Procedure on August 15, 2017 and the proof of service were submitted to the Court on August 16, 2017 with an amended proof of service filed on May 31, 2018 (*See* Docket No. 16, 17, 18, 19, 20 and 25, 26, 27, 28, 29).

I further certify that a review of the docket entries indicates that the time for Individual Defendants WEI GAO, WEI ZHANG CHEN a/k/a Dean Chen, DING CHEN, and JAMES WANG to answer or otherwise move with respect to the Complaint expired on September 05, 2017, and the time for Corporate Defendants QUALITY WOODS, INC. d/b/a Quality Woods, D C CABINET FACTORY INC. d/b/a Quality Woods, METROPOLITAN CABINET FACTORY, INC d/b/a Quality Woods, AOTIN TRADING INC. d/b/a Quality Woods, CHAMPION CABINET INC. d/b/a Quality Woods to answer or otherwise move with respect to the Complaint expired on September 05, 2017.

The default of the default of Defendants QUALITY WOODS, INC. d/b/a Quality Woods and; WEI GAO, WEI ZHANG CHEN a/k/a Dean Chen, DING CHEN, and JAMES WANG is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: June 5th , 2018
Brooklyn, New York

**Douglas C. Palmer**
Clerk of the Court

By: /s/Jalitza Poveda
Deputy Clerk