TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FENG LIN,
*on his own behalf and on behalf of others similarly situated*

                            Plaintiff,

            v.

QUALITY WOODS, INC.
    d/b/a Quality Woods;
D C CABINET FACTORY INC.
    d/b/a Quality Woods;
METROPOLITAN CABINET FACTORY, INC
    d/b/a Quality Woods;
AOTIN TRADING INC.
    d/b/a Quality Woods; and
CHAMPION CABINET INC.
    d/b/a Quality Woods;
WEI GAO,
WEI ZHANG CHEN
    a/k/a Dean Chen,
DING CHEN, and
JAMES WANG

                           Defendants.
-----------------------------------------------------------X

Case No. 17-cv-03043

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on June 21, 2018, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, before the Honorable **DORA LIZETTE IRIZARRY** for an Order granting judgment by default against

1

Defendants QUALITY WOODS, INC. d/b/a Quality Woods; D C CABINET FACTORY INC. d/b/a Quality Woods; METROPOLITAN CABINET FACTORY, INC d/b/a Quality Woods; AOTIN TRADING INC. d/b/a Quality Woods; and CHAMPION CABINET INC. d/b/a Quality Woods; WEI GAO, WEI ZHANG CHEN a/k/a Dean Chen, DING CHEN, and JAMES WANG, pursuant Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b) of the United States District Court for the Eastern District of New York, answering papers, if any, are to be served so as to be received by the undersigned no later than fourteen (14) days prior to the return date of the within motion once set by the Court.

Dated: Flushing, NY
      June 21, 2018

                      TROY LAW, PLLC

                      /s/ John Troy
                      John Troy (JT0481)