UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FENG LIN.
_____

_____
*(List the name(s) of the plaintiff(s)/petitioner(s).)*

__17__ Civ. __03043__ ( __DLI__ ) ( __SJB__ )

- against -

**AFFIRMATION OF SERVICE**

QUALITY WOODS, INC. d/b/a Quality Woods;DC CABINET FACTORY INC. d/b/a Quality Woods;

METROPOLITAN CABINET FACTORY, INC. d/b/a Quality Woods; AOTIN TRADING INC. d/b/a Quality Woods;

WEI GAO; WEI ZHANG CHEN a/k/a Dean Chen; DING CHEN, and JAMES WANG

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* __Preethi Kilaru__

served a copy of the attached *(list the names of the documents you served)*: __a copy of the entire Default Motion from (Dkt. No. 36 to Dkt. No. 38)__

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* __Mail__ to the following persons *(list the names and addresses of the people you served)*:
   *See Rider*

on *(date you served the document(s))* __08/28/2018__ .

__08/28/2018__
Dated

Signature
__41-25 Kissena Blvd, Suite 119__
Address
__Flushing, NY__
City, State
__11355__
Zip
__7187621324__
Telephone Number
__troylaw@troypllc.com__
E-Mail Address

*Rev. 01/2013*

**See Rider**

QUALITY WOODS, INC.
    d/b/a Quality Woods;
1340 Metropolitan Avenue
Brooklyn, NY 11237

D C CABINET FACTORY INC.
    d/b/a Quality Woods;
1340 Metropolitan Avenue
Brooklyn, NY 11237

METROPOLITAN CABINET FACTORY, INC.
    d/b/a Quality Woods;
1340 Metropolitan Avenue
Brooklyn, NY 11237

AOTIN TRADING INC.
    d/b/a Quality Woods;
1340 Metropolitan Avenue
Brooklyn, NY 11237

CHAMPION CABINET, INC.
    d/b/a Quality Woods;
1340 Metropolitan Avenue
Brooklyn, NY 11237

WEI GAO;
1340 Metropolitan Avenue
Brooklyn, NY 11237

WEI ZHAN CHEN a/k/a Dean Chen;
1340 Metropolitan Avenue
Brooklyn, NY 11237

DING CHEN; and
1340 Metropolitan Avenue
Brooklyn, NY 11237

JAMES WANG,
1340 Metropolitan Avenue
Brooklyn, NY 11237

**FENG LIN, on behalf of himself and others similarly situated**

**v.**

**QUALITY WOODS, INC. d/b/a Quality Woods et al.**

**TROY LAW, PLLC**
Attorneys at Law
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355
718-762-1324

Privileged and Confidential




DING CHEN
1340 Metropolitan Avenue
Brooklyn, NY 11237

*Address Correction Requested*

---

**TROY LAW, PLLC**
Attorneys at Law
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355
718-762-1324

Privileged and Confidential




AOTIN TRADING INC.
d/b/a Quality Woods
1340 Metropolitan Avenue
Brooklyn, NY 11237

*Address Correction Requested*

**TROY LAW, PLLC**
Attorneys at Law
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355
718-762-1324



Privileged and Confidential

CHAMPION CABINET, INC d/b/a
Quality Woods;
1340 Metropolitan Avenue
Brooklyn, NY 11237

*Address Correction Requested*

---

**TROY LAW, PLLC**
Attorneys at Law
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355
718-762-1324



Privileged and Confidential

D C CABINET FACTORY INC.
d/b/a Quality Woods
1340 Metropolitan Avenue
Brooklyn, NY 11237

*Address Correction Requested*

**TROY LAW, PLLC**
Attorneys at Law
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355
**718-762-1324**

Privileged and Confidential



WEI GAO
1340 Metropolitan Avenue
Brooklyn, NY 11237

*Address Correction Requested*

---

**TROY LAW, PLLC**
Attorneys at Law
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355
**718-762-1324**

Privileged and Confidential



METROPOLITAN CABINET FACTORY
INC. d/b/a Quality Woods;
1340 Metropolitan Avenue
Brooklyn, NY 11237

*Address Correction Requested*

**TROY LAW, PLLC**
Attorneys at Law
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355
**718-762-1324**

Privileged and Confidential




JAMES WANG
1340 Metropolitan Avenue
Brooklyn, NY 11237

[Address Correction Requested

---

**TROY LAW, PLLC**
Attorneys at Law
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355
**718-762-1324**

Privileged and Confidential

WEI ZHAN CHEN
a/k/a Dean Chen
1340 Metropolitan Avenue
Brooklyn, NY 11237

[Address Correction Requested

**TROY LAW, PLLC**
**Attorneys at Law**
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355
**718-762-1324**

Privileged and Confidential



QUALITY WOODS, INC.
d/b/a Quality Woods
1340 Metropolitan Avenue
Brooklyn, NY 11237

*Address Correction Requested*