UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Feng Lin

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

17 Civ. 2043 (___)(___)

- against -

Quality Woods Inc. et al

**AFFIRMATION OF SERVICE**

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* Tiffany Troy, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: Order Dated April 01, 2019 adopting Report and Recommendation.

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* Mail to the following persons *(list the names and addresses of the people you served)*:
See Rider

on *(date you served the document(s))* 04/08/2019.

04/08/2019
Dated

[signature]
Signature
41-25 Kissena Blvd, Suite 119
Address
Flushing, NY
City, State
11355
Zip
7187621324
Telephone Number
troylaw@troypllc.com
E-Mail Address

*Rev. 01/2013*

QUALITY WOODS, INC.
    d/b/a Quality Woods;
40 East Merrick Road
Freeport, NEw York 11520

D C CABINET FACTORY INC.
    d/b/a Quality Woods;
40 East Merrick Road
Freeport, NEw York 11520

METROPOLITAN CABINET FACTORY, INC.
    d/b/a Quality Woods;
40 East Merrick Road
Freeport, NEw York 11520

AOTIN TRADING INC.
    d/b/a Quality Woods;
40 East Merrick Road
Freeport, NEw York 11520

CHAMPION CABINET, INC.
    d/b/a Quality Woods;
40 East Merrick Road
Freeport, NEw York 11520

WEI GAO;
40 East Merrick Road
Freeport, NEw York 11520

WEI ZHAN CHEN a/k/a Dean Chen;
40 East Merrick Road
Freeport, NEw York 11520

DING CHEN; and
40 East Merrick Road
Freeport, NEw York 11520

JAMES WANG,
40 East Merrick Road
Freeport, NEw York 11520

**FENG LIN, on behalf of himself and others similarly situated**

**v.**

**QUALITY WOODS, INC. d/b/a Quality Woods et al.**

**ROY LAW, PLLC**
Attorneys at Law
5 Kissena Blvd, Suite 119
Flushing, NY 11355
**718-762-1324**

**Privileged and Confidential**

QUALITY WOODS, INC. d/b/a Quality Woods
40 East Merrick Road
Freeport, New York 11520

*[Address Correction Requested]*

Woods]



John Troy <johntroy@troypllc.com>

## Activity in Case 1:17-cv-03043-DLI-SJB Lin v. Quality Woods, Inc. et al Order Adopting Report and Recommendations

1 message

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov>
To: nobody@nyed.uscourts.gov

1 April 2019 at 17:28

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 4/1/2019 at 5:28 PM EDT and filed on 3/31/2019
**Case Name:**           Lin v. Quality Woods, Inc. et al
**Case Number:**        1:17-cv-03043-DLI-SJB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER ADOPTING REPORT AND RECOMMENDATIONS --- No party has objected to the Report and Recommendation ("R&R") issued on January 28, 2019 by the Hon. Sanket J. Bulsara, U.S.M.J., and, upon due consideration and review, the R&R is hereby adopted in full. Accordingly, Plaintiff's motion for default judgment is denied without prejudice. Plaintiffs are directed to file proof of proper service of the complaint NO LATER THAN MAY 1, 2019. Failure to do so TIMELY will result in dismissal of this action. Plaintiff is directed further to serve a copy of this Electronic Order on defendants within five days of the date of this Order and immediately thereafter file proof of such service with the Court. SO ORDERED by Chief Judge Dora Lizette Irizarry on 3/31/2019. (Irizarry, Dora)**

**1:17-cv-03043-DLI-SJB Notice has been electronically mailed to:**

John Troy     johntroy@troypllc.com,   docket@troypllc.com,   troylaw@troypllc.com,   troylawpllc@gmail.com,   williamwang@troypllc.com

**1:17-cv-03043-DLI-SJB Notice will not be electronically mailed to:**