TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
FENG LIN,
*on his own behalf and on behalf of others similarly situated*

                            Plaintiff,

                   v.

QUALITY WOODS, INC.
    d/b/a Quality Woods;
D C CABINET FACTORY INC.
    d/b/a Quality Woods;
METROPOLITAN CABINET FACTORY, INC
    d/b/a Quality Woods
AOTIN TRADING INC.
    d/b/a Quality Woods; and
CHAMPION CABINET INC.
    d/b/a Quality Woods;
WEI GAO,
WEI ZHANG CHEN
    a/k/a Dean Chen,
DING CHEN, and
JAMES WANG

                           Defendants.
---------------------------------------------------------X

**Case No.** 17-cv-03043

**<u>AFFIRMATION</u>**

    I, John Troy, an attorney duly admitted to practice in the Eastern District of New York, declare under penalty of perjury:

    1.    I am owner and managing partner at Troy Law, PLLC and attorney for Plaintiff in above-entitled action. I am familiar with all the facts and circumstance in this action.

1

2. I make this affirmation pursuant to Your Honor's Order dated September 14, 2020, stating that no settlement agreement has been reached between Plaintiff Feng Lin and Defendants D C Cabinet Factory, Inc., d/b/a Quality Woods; Aotin Trading, Inc., d/b/a Quality Woods; Metropolitan Cabinet Factory, Inc., d/b/a Quality Woods; Wei Zhan Chen a/k/a Dean Chen; Ding Chen; and James Wang.

3. Plaintiff Feng Lin is proceeding this case against Defendants QUALITY WOODS, INC. d/b/a Quality Woods, CHAMPION CABINET INC. d/b/a Quality Woods and WEI GAO only.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: September 22, 2020
      Flushing, New York

                                    Respectfully submitted,
                                    TROY LAW, PLLC


                                    _____/s/ John Troy_____
                                    John Troy (JT0481)
                                    41-25 Kissena Boulevard Suite 103
                                    Flushing, NY 11355
                                    Tel: (718) 762-1324
                                    johntroy@troypllc.com
                                    *Attorney for Plaintiff*