| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------------------x<br>FENG LIN,<br>*on his own behalf and on behalf of others similarly situated*<br>                                                Plaintiff,<br>             v.<br><br>QUALITY WOODS, INC.<br>     d/b/a Quality Woods; and<br>CHAMPION CABINET INC.<br>     d/b/a Quality Woods;<br>WEI GAO<br>                                                Defendants.<br>-------------------------------------------------------------------------------x | **Case No.: 17-cv-03043**<br><br>NOTICE OF MOTION<br>FOR ATTORNEYS' FEES<br>AND COSTS |

**PLEASE TAKE NOTICE** that upon the declaration of John Troy, Plaintiffs´ Memorandum of Law and all prior papers and proceedings herein, Plaintiffs hereby moves this Court, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, NY, 11722 before the Honorable Denis R. Hurley, for an award of attorneys' fees and costs pursuant to 29 U.S.C. § 216(b) and N.Y. C.L.S. Labor §§ 198(1-a), 663(1).

Dated: Flushing, NY
       December 28, 2020

                                                              TROY LAW, PLLC

                                                                  /s/ John Troy
                                                                 John Troy (JT0481)

                                                                 *Attorney for Plaintiff*