# TROY LAW, PLLC
ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324 johntroy@troypllc.com Fax (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

May 3, 2021

<u>*Via* **ecf**</u>
Honorable Sanket J. Bulsara, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Letter Reporting the Appearance Information for the Inquest Hearing:**
*DLI-SJB Lin v. Quality Woods, Inc. et al ,17-cv-03043*

Your Honor,

We represent the Plaintiff in the above referenced matter and we write pursuant to Your Honor's Orders on February 19, 2021.

On February 19, 2021, Your Honor, Ordered Plaintiff's to report to the Court the email address and telephone number of the Plaintiff and participating attorneys so the Court can connect them to the video conference. *See* Elec. Order Dated, Feb. 9, 2021. Accordingly, Plaintiff submits the letter to report the appearing Parties contact information.

- Plaintiff Feng Lin: troylaw@troypllc.com
- Plaintiff Attorney: Aaron Schweitzer
  Ph. No. 718-762-1324
  Email: troylaw@troypllc.com
- Interpreter: Arthur Kwok
  Ph. No. 917-903-7340
  Email: arthurk31@hotmail.com

We thank the court for its time and consideration in this matter.

Respectfully submitted,

<u>/s/ Aaron Schweitzer</u>
Aaron Schweitzer
*Attorney for Plaintiffs*

/pk