UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FENG LIN, on behalf of himself and others
similarly situated,

                  Plaintiff,              JUDGMENT

       -against-                    17-CV-3043-DLI-SJB

QUALITY WOODS, INC., d/b/a QUALITY
WOODS; D C CABINET FACTORY INC.,
d/b/a QUALITY WOODS; METROPOLITAN
CABINET FACTORY, INC., d/b/a QUALITY
WOODS; AOTIN TRADING INC., d/b/a
QUALITY WOODS; CHAMPION CABINET,
INC., d/b/a/ QUALITY WOODS; WEI GAO;
WEI ZHAN CHEN, a/k/a DEAN CHEN; DING
CHEN; and JAMES WANG,

                  Defendants.
-------------------------------------------------------------X

      An Order of the Honorable Dora L. Irizarry, United States District Judge, having been

filed on September 10, 2021, adopting the Report and Recommendation of Magistrate Judge

Sanket J. Bulsara, dated August 10, 2021, denying  Plaintiff's motion for default judgment in its

entirety; dismissing this action; denying Plaintiff's motion for attorney's fees and costs as moot;

directing the Clerk of Court to hold the closure of this case in abeyance pending the issuance by

the Magistrate Judge of his decision on the Order to Show Cause issued by him on June 4, 2021

as to why Rule 11 sanctions should not be imposed on Plaintiff and his counsel; and an Order of

Honorable Sanket J. Bulsara, United States Magistrate Judge, having been filed on December 1,

2021,  directing the Clerk of Court to enter judgment; it is

      ORDERED and ADJUDGED that Plaintiff's motion for default judgment is denied in its

entirety; and that this action is dismissed.

Dated:  Brooklyn, New York
       December 2, 2021

                                         Douglas C. Palmer
                                         Clerk of Court

                                By:    */s/Jalitza Poveda*
                                         Deputy Clerk